UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND RAMIREZ,<br><br>              Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,[1/]<br>Commissioner of Social Security<br>Administration,<br><br>              Defendant. | Case No. 06cv1031-BEN(POR)<br><br>ORDER FOR REMAND<br>PURSUANT TO SENTENCE 6 OF<br>42 U.S.C. SECTION 405(g). |

    Based upon the joint motion by the parties,

    **IT IS HEREBY ORDERED** that the above-mentioned case be remanded to the Commissioner of the Social Security Administration pursuant to Sentence 6 of 42 U.S.C. § 405(g) by the parties' stipulated request.

    A separate judgment pursuant to Fed. R. Civ. P. 58 shall be entered by the Clerk of the Court.

DATED: May 23, 2007

_____
Hon. Roger T. Benitez
United States District Judge

---

[1/] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to rule 25(d)(1) of the Federal Rules of Civil procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(f) of the Social Security Act, 42 U.S.C. § 405(g).